IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOVELL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-012-SLR |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 18th day of January, 2008,

the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge